**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JAIME LYNE SANCHEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAIME LYNE SANCHEZ,<br><br>    Defendant | Case No.: 14-CR-00179 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, JAIME LYNE SANCHEZ, hereby waives her appearance in person in open court

upon the status conference hearing set for Monday, September 15, 2014 at 1:00 p.m. in

Courtroom 7 of the above entitle court.  Defendant hereby requests the court to proceed in her

absence and agrees that her interest will be deemed represented at said hearing by the presence of

his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at

all future hearing dates set by the court including the dates for jury trial.


Date: 9/11/14                                                     */s/ Jamie Lyne Sanchez*_____
                                                                         JAME LYNE SANCHEZ

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant JAIME LYNE SANCHEZ is hereby excused from appearing at this court hearing scheduled for September 15, 2014.

IT IS SO ORDERED.

Dated:  **September 11, 2014**          **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE