**FILED**

DEC 0 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America <br> vs. <br> Jamie Lyne Sanchez | Case No. 1:14-cr-00179-LJO/SKO-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jamie Lyne Sanchez__, have discussed with __Francisco J. Guerrero__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the home detention component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments for the monitoring costs until her monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| Sanchez | 12.2.14 | /s/ Francisco J. Guerrero | 12/01/2014 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| /s/ Brian K. Delaney | 12/01/2014 |
|---|---|
| Signature of Assistant United States Attorney | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | 3 DEC 14 |
|---|---|
| Signature of Defense Counsel | Date |

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on __12/4/14__.

[ ] The above modification of conditions of release is *not* ordered.

| Jennifer L. Thurston | 12/4/14 |
|---|---|
| Signature of Judicial Officer | Date |

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services