**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JAMIE LYNE SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-CR-00179 LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JAMIE LYNE SANCHEZ, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JAMIE LYNE SANCHEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing hearing currently set for Monday, August 17, 2015 be continued to Monday, August 31, 2015.

I have been in two homicide trials within the last three months and have not had the opportunity to meet with my client to review the Presentencing report or gather the necessary information to prepare and file a sentencing memorandum. I have spoken to AUSA Angela Scott, and she has no objection to continuing the Status Conference.

Stipulation and Proposed Order to Continue Sentencing Hearing

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED: 8/11/15                            */s/ David A Torres*
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           JAMIE LYNE SANCHEZ

DATED: 8/11/15                            */s/Angel Scott*
                                           ANGELA SCOTT
                                           Assistant U.S. Attorney

## ORDER

**T**he Sentencing hearing is continued to August 31, 2015 at 9:30am.  No further continuances.

IT IS SO ORDERED.

   Dated:   **August 12, 2015**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE