**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
Jamie Lyne Sanchez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE LYNE SANCHEZ,<br><br>Defendant | Case No.: 1:14-CR-00179 LJO-SKO<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

TO THE ABOVE ENTITLED COURT; THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA AND THE UNITED STATES PROBATION OFFICE:

    Defendant, Jamie Lyne Sanchez, by and through her attorney, David A. Torres, hereby requests that the Sentencing Memorandum be filed under seal with a copy being served upon the United States Attorney and the United States Probation Office.

    This request is made pursuant to the Local Rule 141 (a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

    The conditions and terms of release sets out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that the Sentencing Memorandum be Sealed with a copy served electronically upon the United States Attorney and the United States Probation Office.

Respectfully submitted,

Dated:                                               By:   *David A. Torres*
                                                                  David A. Torres
                                                                  Attorney for Jamie Lyne Sanchez

### ORDER

For reasons set forth above, the defendants request to have the Sentencing Memorandum be filed Under Seal is granted.

IT IS SO ORDERED.

   Dated:   **August 17, 2015**                  **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE